October 28, 2004

Edward Roque
Register No. 14989-014
FCI Otisville
P.O. Box 600
Otisville, NY 10963

RECEIVED OCT 28 2004 U.S. DISTRICT COURT HARTFORD, CONN.

United States Court of Appeals, Second Circuit
Abraham Ribicoff Federal Building
450 Main Street, Hartford, Connecticut 06103

Crim. No. 3:02 CR 353 (AWT)
Civil No. 3:04 CV 01654 (AWT)

RE: Notice of Appeal of Petitioner's Motion For Recusal Documented No. 71, Permission to Appeal, Provision of Proper Forms Which I May Need To File Appeal, and/or Information That Can Serve Me of Guidance To Properly File Appeal

Dear Clerk of Court:

On the 15th day of October of this year, 2004 I received an Endorsement Order informing me that my Affidavit of Bias to disqualify sentencing judge from deciding a filed Motion Pursuant to 28 U.S.C. § 2255 which I had sent via mail to the Clerk of Court of this United States District Court of Connecticut on or about September 28th day of this year, 2004 was denied. Therefore I am in advance notifying the United States Court of Appeals of this District of Connecticut that I am appealing the decision ruled by judge Alvin W. Thompson on the 10th day of October of this year, 2004 but prior to doing so, I request permission from this appeals court to proceed.

I'd also greatly appreciate I be provided the proper forms which I may need to assist myself on this claimed appeal notification and/or information that may serve of guidance to properly file appeal grounds to this above informed matter.

Thank you very much for your time and consideration on the above requested and instructed matter.

Dated this 25th, day of October, 2004 at this Federal Correctional Institution of Otisville, New York.

Respectfully yours,
Edward Rogue
*Edward Rogue*