# DISTRICT OF CONNECTICUT - HARTFORD
## NOTICE OF APPEAL COVER MEMO

DATE: __November 3, 2004__     TO: Intake Clerk

FROM: Barbara Sunbury (860) 240-3200

**FILED**
2004 NOV 12 A 11: 43
U.S. DISTRICT COURT
HARTFORD, CT.

**CASE TITLE:**     USA vs. Rogue

**DOCKET NO.:**     3:02CR353AWT

**NOTICE OF APPEAL:**     filed: __October 28, 2004__

**APPEAL FROM:**     final judgment: __

interlocutory: __

other: __Order Denying Motion for Recusal dated 10/15/04__

**DOCKET SHEET:**     Attorney, updated address & phone number for <u>each</u> party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**     Paid _____     Due __✓__     N/A _____

IFP revoked _____     Application Attached _____

IFP pending before district judge __No__

**COUNSEL:**     CJA _____     Retained _____     Pro Se __✓__

**TIME STATUS:**     Timely _____     Out of Time _____

**MOTION FOR
EXTENSION OF TIME:** Granted _____     Denied _____

**COA:**     Granted _____     Denied _____

**COMMENTS AND CORRECTIONS:**

_____

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley C. Harden_     DATE: __11/08/04__
DEPUTY CLERK, USCA

USCA No. _____.