FILED
2004 DEC 17 A 10:29
Civil No. 3:04CV01654(AWT) DISTRICT COURT
HARTFORD, CT.

Edward Roque
Register No. 14989-014
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Clerk's Office
United States Court of Appeals, 2nd Cir.
450 Main Street
Hartford, CT 06103

December 14, 2004

RE: Requested Certificate of Appealability (COA)

Dear Sir/Madam:

On or about October of this year 2004 I requested a certificate of appealability to in order appeal an Endorsement Order (Documented No. 71) decided by Judge Alvin W. Thompson on or about October 7th, 2004.

It is of great concern that I have not received a response regarding my requested certificate of appealability and will greatly appreciate I be provided reasons why I haven't been issued the same.

I will also like to request the Court's T-1080 Notice of Motion form to in order request issuance of a certificate of appealability

to the Court of Appeals.

I'd greatly appreciate your prompt response on the above informed and requested matter.

Respectfully yours,
Edward Rogue