```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
--------------------------------x
                                :
UNITED STATES OF AMERICA        :
                                :
     Plaintiff,                 :
                                :
v.                              :      3:02CR00353(AWT)
                                :
EDWARD ROQUE,                   :
                                :
     Defendant.                 :
                                :
--------------------------------x
```

**ENDORSEMENT ORDER**

    The Clerk shall docket the attached letter dated December 14, 2004 as an application for a certificate of appealability ("COA"), and that application is hereby DENIED.

    A COA is required when a defendant appeals the denial of a 2255 motion, not the denial of a motion such as a motion for recusal. See Rule 22(a) (COA application) of the Local Rules of the Second Circuit and Rule 22 of the Federal Rules of Appellate Procedure regarding the need and procedure for acquiring a COA. The defendant has appealed this court's denial of his motion for recusal. See docket entries 71 and 72.

    The court notes that the defendant has already filed a notice of appeal pursuant to Rules 3(a) and 4(a) of the Federal Rules of Appellate Procedure. See docket entries 73 and 74.

    It is so ordered.

    Dated at Hartford, Connecticut this 19th day of January, 2005.

                                               /s/
                                  Alvin W. Thompson
                          United States District Judge