UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT
---------------X
EDWARD ROQUE,                                    CIVIL No. 3:04CV1654(AWT)
    petitioner
  v.
UNITED STATES OF AMERICA

---------------X

        PETITIONER'S MOTION FOR ENLARGEMENT
        OF TIME IN WHICH TO FILE A TRAVERSE
        TO GOVERNMENT'S OPPOSITION TO HIS
        28 USC § 2255 MOTION

    Now comes the petitioner, Edward Roque, pro se, who respectfully requests that this Honorable Court Grant and Order an Enlargement of Time of up to and including, April 8, 2005, or ninety (90) days in which to file his traverse to the Government's opposition to his 28 USC § 2255 Motion.

    Petitioner files this Motion pursuant to Federal Rules and Civil Procedure 6(b).

    In support of this Motion petitioner has submitted his affidavit.

    Wherefor petitioner prays that this Honorable Court Grant and Order his motion for enlargement of time of ninety days, or until April 8, 2005, in which to respond/traverse the Government's Opposition to his 2255 Motion.


Date: February 8, 2005.                    Respectfully Submitted,

                                                                  Edward Roque 14989-014
                                                                   U.S. Penitentiary
                                                                   P.O. Box 1000
                                                                   Lewisburg, PA 17837

## CERTIFICATE OF SERVICE

I, Edward Roque, pro se, do hereby certify that on this 8th day of February, 2005, I did cause to be served one true and correct copy of the foregoing: Petitioner's Motion for Enlargement of Time, Supporting Affidavit, and Certificate of Service on the below named, by placin same in the United States postal mail box, at United States Penitentiary, Lewisburg, PA 17837, first class, postage affixed.

United States Attorney's Office
United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103

*Edward Roque*
Edward Roque 14989-014