UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT
---------------X

EDWARD ROQUE,                          CIVIL No. 3:04CV1654(AWT)
    petitioner
  v.
UNITED STATES OF AMERICA
---------------X

## PETITIONER'S AFFIDAVIT IN SUPPORT OF HIS MOTION FOR ENLARGEMENT OF TIME

1. I am the petitioner, Edward Roque, pro se, in the above entitled civil action.

2. I was convicted and sentenced to two hundred and ten months imprisonment and five years supervised release, on October 31, 2003, in United States District Court, District of Conneticut.

3. My Criminal case number in the above mentioned action is No. 3:02CR353(AWT).

4. On September 23, 2004, I filed a Motion to Vacate, Set Aside or Correct Sentence under 28 USC § 2255 with this Court.(3:04CV 1654(AWT)).

5. On December 6, 2004, The Government responded with Opposition to my 2255 Motion.

6. I was transfered to United States Penitentiary, Lewisburg,PA, on November 17th 2004, from FCI Otisville.

7. I was placed in Administrative Segragation, as is policy at this Institution until they classify inmates to a housing unit, from 11/17/04 to 12/21/04.

8. I am a pro se movant, with only a very general knowledge of law. I am only a layman in the law, with no formal education.

9. While I was in transit, and while I was in Administrative Segragation, I had no access to the law library facilities, or any legal books or typewriters, nor was I able to speak with any other inmates that might have more knowledge in the law than myself that could assist me in this legal matter.

10. I was born in Puerto Rico. I speak english as a second language, and speak spanish primarily. I have trouble comprehending written english, and especially I have trouble understanding the complexities of legal language.

11. I have just now been able to secure the assistance of an english speaking inmate with a basic understanding of the Rules and Procedures of Federal Law.

12. Through this inmate who is assisting me I have learned that I have time constraints that I must stay within when filing my response and traverse to the Government's Oppostition to my 28 USC § 2255 Motion.

13. As I am a layman in the law, with limited use of the Institution Law Library, its legal books and typewriters, I have an extremely laborous task of research and photocopying in order to prepare my traverse.

14. The english speaking inmate who is assisting me will need to help me overcome the language barrier that faces me in order to better assist me.

15. For all the foregoin reasons I am requesting that this honorable Court Grant and Order an enlargement of time, up to and including April 8, 2005, or ninety (90) days in which to respond with traverse to the Government's Opposition to my 28 USC § 2255 Motion.

16. I sign this Affidavit in Support of my Motion for Enlargement of Time, on this 8th day of February, 2005, under the pains and penalties of perjury, that all the foregoing is true and correct to the best of my knowledge, belief and understanding.

*Edward Roque*
Edward Roque 1489-014