UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT
-----------------X

EDWARD ROQUE,
    petitioner

  v.

UNITED STATES OF AMERICA

-----------------X

CIVIL No. 3:04CV1654(AWT)

PETITIONER'S MOTION FOR ENLARGEMENT
OF TIME IN WHICH TO FILE A TRAVERSE
TO GOVERNMENT'S OPPOSITION TO HIS
28 USC § 2255 MOTION

Now comes the petitioner, Edward Roque, pro se, who respectfully requests that this Honorable Court Grant and Order an Enlargement of Time of up to and including, April 8, 2005, or ninety (90) days in which to file his traverse to the Government's opposition to his 28 USC § 2255 Motion.

Petitioner files this Motion pursuant to Federal Rules and Civil Procedure 6(b).

In support of this Motion petitioner has submitted his affidavit.

Wherefor petitioner prays that this Honorable Court Grant and Order his motion for enlargement of time of ninety days, or until April 8, 2005, in which to respond/traverse the Government's Opposition to his 2255 Motion.

Date: February 8, 2005.

Respectfully Submitted,

*Edward Roque*
Edward Roque / 14989-014
U.S. Penitentairy
P.O. Box 1000
Lewisburg, PA 17837

Extension GRANTED, nunc pro tunc to and including April 8, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    3/11/05