3:02Cr353AWT

Edward Roque
Reg. No. 14989-014
P.O. Box 1000
Lewisburg, PA 17837

Clerk's Office
of
U.S. District Court
of
Connecticut, 410 Main
Street, Hartford, CT, 06103

April 5, 2005

FILED
2005 APR -8 A 11:45
US DISTRICT COURT
HARTFORD CT

RE: Permission to grant petitioner unspecified period of time to correspond to §2255 Motion and opposition to government's response.

Dear Clerk of Court:

I am writing to inform you that I petitioner, Edward Roque had a deadline of April 8th, 2005 to correspond to Government's Opposition to petitioner's §2255 Motion, and based on the admittance to Administrative Segregation (See enclosed Administrative Detention Order) on April 4th, 2005 the circumstances informed enables me (petitioner) to correspond in a timely and respectable period of time indicated above.

I, petitioner, Edward Roque, therefore request that I be granted of up to 60 days (June 8th, 2005) to respond to Government's Opposition to petitioner's §2255 Motion.

This extension requested will afford petitioner ample time to prepare the proper response to the government, as well ample time to be released from segregation to general population at the completion of imposed days by Disciplinary Hearing Officer for alleged institutional regulation violation and where is more proper for petitioner to have adequate access to a law library with amplified quantity of law books.

Submitted pro-se by petitioner, Edward Roque

_Edward Roque_
Reg. No. 14959-014
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

## Certificate of Service

I, petitioner, Edward Roque duly swear that on this date of April 5th of 2005 a copy of this entitled petition was served to:

Clerk's Office
of
U.S. District Court
of
Connecticut, 410 Main Street, Hartford, CT., 06103

By petitioner, Edward Roque

*Edward Roque*
Reg. No. 14989-014
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

P-S308.052  **ADMINISTRATIVE DETENTION ORDER**
MAY 94

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

                                                                                              U.S.P. Lewisburg
                                                                                              Institution

                                                                         Date/Time: 04/04/05 8:11AM

TO:     Special Housing Unit Officer

FROM:  T. Priesch,LT:   Placement of **ROQUE #14989-014**
        _____ (a) **Is pending a hearing for a violation of Bureau regulations;**
        _____ (b) Is pending investigation of a violation of Bureau regulations;
        _____ (c) Is pending investigation or trial for a criminal act;
  XXX   (d) **Is to be admitted to Administrative Segregation**

    (1) Since the inmate has requested admission for protection;

        I hereby request placement in Administrative Detention for my own
        protection.
        Inmate Signature/Register No.:_____

        Staff Witness Printed Name Signature: _____

  (2) Since a serious threat exists to individual's safety as perceived by staff, although
     person has not requested admission; referral of the necessary information will be
     forwarded to the UDC/DHO for appropriate hearing.

  _____ (e) Is pending transfer or is in holdover status during transfer.
  _____ (f) Is pending classification; or
  _____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered
into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's
continued presence in the general population poses a serious threat to life, property, self,
staff, other inmates, or to the security or orderly running of the institution because:

**You are being placed in the Special Housing Unit for INSOLENCE.**
received copy of this Order on (date/time ):___ 4\4\05  8"Am
Staff Witness Signature/Printed Name: _____
                                        X

*In the case of DHO action, reference to that order is sufficient. In other cases, the
officer will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status);
Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention
Unit; Copy - Central File (This form may be replicated viaWP)Replaces BP-308(52) of JAN 88

Edward Roque
Reg. No. 14989-014
P.O. Box 1000
Lewisburg, PA 17837

Clerk's Office
of
U.S. District Court
of
Connecticut
410 Main Street
Hartford, CT 06103

April 5, 2005

RE: Permission to grant me unspecified period of time to correspond to § 2255 Motion and opposition to government's response.

Dear Clerk of Court:

I am writing to inform you that I had a deadline of April 8th, 2005 to correspond to Government's Opposition to petitioner's 2255 Motion, and based on the admittance to Administrative Segregation (See, Administrative Detention Order) on April 4th, 2005, the circumstances informed enables me (petitioner) to correspond in a timely and respectable period of time indicated above.

I, petitioner, Edward Roque, therefore request that I be granted

a period of up to 60 days (June 8th, 2005) to respond to Government's Opposition to Petitioner's §2255 Motion.

This extension requested will afford me time to make plentyful period of time to prepare the proper response to the government, as well ample time to be released from segregation to general population where I can afford to have adequate access to a law library with sufficient law books.

Submitted pro-se by petitioner, Edward Roque

Edward Roque
Reg. No. 14989-014
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA, 17837