United States District Court
District Of Connecticut

Edwards Rogue
  vs.
United States Of America

3:02CR 353(AWT)
Civil No. 3:04CV1654 (A.W.T.)

Motion To Consider And Apply Changes In Recent Supreme Decisions That Are Directly Applicable To This Case; "Notice."

Comes Now, the petitioner Edward Rogue by and through himself pro se, and pursuant to F.R.A.P. Rule 28(j) (or any applicable rule) hereby states the following:

1.) In light of the January 12, 2005 Supreme Court's decision in U.S. v. Booker, 534 U.S. ___, 160 L.Ed.2d 621, 125 S.Ct. 738 (2005) the appellant/petitioner/plaintiff now submits this notice of the intervening change in law. The holding in Booker has been applied (in some circuits) retroactively.

The defendant/petitioner/plaintiff was improperly sentenced to serve additional time in prison based soley on some information alleged in the P.S.R., and then relied upon to increase the offense level by 4 points

by the Judge. Defense counsel was ineffective as stated in 2255 Motion for allowing same. Moreover, "Blakely" has initially been cited regarding this matter.

2.) Also, the United States Supreme Court has most recently decided <u>Shepard v. United States</u>, case no. 03-9168, ___ U.S. ___ (March 2005). This case directly applies to the 924(e) enhancement in the case at hand.

The applicability of the (Two) recent Supreme Court decisions are essential in the case at hand. These two decisions are a change in the longstanding applications of the U.S.S.G..

Moreover, both of these subjects have been touched upon by the defendant/petitioner/plaintiff, therefore there is no prejudice and/or unnecessary hardship presented to the government.

Respectfully submitted,
Edward Roque
Dated: March 11, 2005

-2-

## Addendum

In light of these two recent Supreme Court decisions, the defendant/petitioner/plaintiff respectfully requests the opprotunity to add a brief (but necessary) supplemental brief to further support his position and standing regarding the changes now applicable.

Respectfully submitted,
Edward Rogue
Dated: March 11, 2005

Please Note: On Febuary 8, 2005 a "Motion For Enlargement of Time" was filed. Requesting 90 days to Traverse the governments opposition, this should further negate any prejudices that may be alleged by the government.

To: Clerk of Court
U.S. District Court

March 11, 2005

RE: Edward Rogue
Civil No. 3:04 CV 1654 (AWT)

Dear Clerk of Court,

Please file this Notice in my behalf, in the above referenced case.

I have enclosed an extra copy for the opposing party and would request it to be forwarded on to them.

Also, could I ask you to please send me a "Filed" stamped copy of (page 1) for my personal records? I have enclosed an extra copy for your convenience and a S.A.S.E. as well.

Thankyou,
Edward Rogue
#14989-014
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA.
17837

{ I have sent the extra copy to the Attorney for the Government as you had informed me to do on your March 18, 2005 dated letter requesting the same. }

CC,
File

* Certified Mail, V.I.A.

7004 2510 0003 2082 8712

## Certificate of Service

This is to certify that on March 11, 2005, a copy of the foregoing was mailed, postage prepaid, to:

United States District Court
District of Connecticut
Office of the Clerk
United States Courthouse
450 Main Street
Hartford, CT 06103

By: _Edward Roque_
Edward Roque
Reg. No. 14989-014

For: Kevin F. Rowe, Clerk