83

3:02Cr353AWT

Extension GRANTED, nunc pro tunc,
to and including June 8, 2005.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    04/13/05

Edward Roque
Reg. No. 14989-014
P.O. Box 1000
Lewisburg, PA 17837

Clerk's
of
U.S. District Court
of
Connecticut, 410 Main
Street, Hartford, CT, 06103

April 5, 2005

RE: Permission to grant petitioner unspecified period of time to correspond to § 2255 Motion and opposition to government's response.

Dear Clerk of Court:

I am writing to inform you that I petitioner, Edward Roque had a deadline of April 8th, 2005 to correspond to Government's Opposition to petitioner's § 2255 Motion, and based on the admittance to Administrative Segregation (See enclosed Administrative Detention Order) on April 4th, 2005 the circumstances informed enables me (petitioner) to correspond in a timely and respectable period of time indicated above.