FILED
2005 APR 15 A 11: 59
US DISTRICT COURT
HARTFORD CT

United States District Court
District of Connecticut

- - - - - - - - - -

Edward Roque,
    petitioner

v.

United States of America

Civil No. 3:04 cv 1654 (AWT)

Petitioner's Affidavit In Support Of His Motion For Enlargement of Time

1.) I am the petitioner, Edward Roque, pro se, in the above entitled civil action.

2.) I was convicted and sentenced to two hundred and ten months imprisonment and five years supervised release, on October 31, 2003, in United States District Court, District of Connecticut.

3.) My Criminal case number in the above mentioned action is No. 3:02 CR 353 (AWT)

4.) On September 23, 2004, I filed a Motion to Vacate, Set Aside or Correct Sentence under 28 USC § 2255 with this Court. (3:04 cv 1654 (AWT).

5.) On December 6, 2004, The Government responded with Opposition to my 2255 Motion.

6.) I was transferred to United States Penitentiary, Lewisburg, PA on November 17, 2004, from FCI Otisville.

7.) I was placed in Administrative Segregation, as is policy at this Institution until they classify inmates to a housing unit, from 11/17/04 to 12/21/04.

8.) I am a pro se movant, with only a very general knowledge of law. I am only a layman in the law, with no formal education.

9.) While I was in transit, and while I was in Administrative Segregation, I had no access to the law library facilities, or any legal books or typewriters, nor was I able to speak with any other inmates that might have more knowledge in the law than myself that could assist me in this legal matter.

10.) I was born in Puerto Rico. I speak english as a second language, and speak spanish primarily. I have trouble comprehending written english, and especially I have trouble understanding the complexities of legal language.

11.) I have just now been able to secure the assistance of a english speaking inmate with a basic understanding of the Rules and Procedure of Federal law.

12.) Through this inmate who is assisting me I have learned that I have time constraints that I must stay within when filing my response and traverse to the Government's Opposition to my 28 USC § 2255 Motion.

13.) As I am a layman in the law, with limited use of the Institution Law Library, its legal books and typewriters, I have an extremely task of

research and photocopying in order to prepare my traverse.

14.) The english speaking inmate who is assisting me will need to help me overcome the language barrier that faces me in order to better assist me.

15.) That I am now since April 4, 2005, under administrative segregation pending the status of a disciplinary infraction.

16.) That based on my administrative segregation status I have not been able to complete my traverse to Government's Opposition to my 28 USC § 2255 Motion to which a petition of Enlargement of Time was granted until April 8, 2005 on March 11, 2005.

17.) For all the foregoing reasons I am requesting that this honorable Court Grant and Order an enlargement of time, up to and including July 30, 2005 or ninety (90) days in which to respond with traverse to the Government's Opposition to my 28 USC § 2255 Motion.

18.) I sign this Affidavit in Support of my Motion for Enlargement of Time, on this 11th day of April, 2005 under the pains and penalties of perjury, that all the foregoing is true and correct to the best of my knowledge, belief, and understanding.

Edward Roque
Edward Roque 14989-014

## Certificate of Service

I, Edward Roque, pro se, do hereby certify that on this 11th day of April, 2005, I did cause to be served one true an correct copy of the foregoing: Petitioner's Motion for Enlargement of Time, Supporting Affidavit, and Certificate of Service on the below named, by placing same in the United States Postal mail box, at United States Penitentiary, Lewisburg, PA 17837, first class, postage affixed to:

United States District Court
    Office of the Clerk
450 Main Street, Hartford, CT.,
06103

Edward Roque
Edward Roque 14989-014