United States District Court
District of Connecticut

02CR353AWT

Edward Roque,
    petitioner

Civil No. 3:04 CV 1654 (AWT)

v.

United States of America

FILED
2005 APR 15 A 9:29
US DISTRICT COURT
HARTFORD CT

Extension GRANTED, nunc pro tunc
to and including 9/4/05
it is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  4/20/05

**Petitioner's Motion For Enlargement of Time In Which To File A Traverse To Government's Opposition To His 28 USC § 2255 Motion**

Now comes the petitioner, Edward Roque, pro se, who respectfully requests that this Honorable Court Grant and Order an Enlargement of Time of up to and including, July 30, 2005, or ninety (90) days in which to file his traverse to the Government's Opposition to his 28 USC § 2255 Motion.

Petitioner files this Motion pursuant to Federal Rules and Civil Procedure 6(b).

In support of this Motion, petitioner has submitted his affidavit.

Wherefore, petitioner prays that this Honorable Court Grant and Order his motion for enlargement of time of ninety days, or until July 30, 2005, in which to respond/traverse the Government's Opposition to his 2255 Motion.