United States District Court
District of Connecticut

FILED
2005 MAY -3 A 11: 09

Edward Roque
petitioner,
v.
United States of America

Civil No. 3:04 CV 1654 (AWT)

02cr353AWT

Petitioner's Motion For Disclosure Of March 26, 2003 Substitute Counsel Proceeding Transcripts And/Or Court Reporter's Original Tape Recording Held Before Honorable Alvin W. Thompson Which Is Government's Statutory Disclosure Duties

Now comes the petitioner, Edward Roque, pro se, who respectfully requests that this Honorable Court Grant and Order the Disclosure of Transcripts and/or Court Reporter's Original Tape Recording of Substitute Counsel hearing held before Honorable Alvin W. Thompson On March 26, 2003.

Petitioner also takes great cautiousness to notify this Honorable Court that on or about April 12, of this year 2005 he filed a Motion For Enlargement of Time In Which To File A Traverse To Government's Opposition To His 28 U.S.C. § 2255 Motion until ~~July 30th~~ June 8, 2005 and if so granted, the transcripts and/or tape recording here requested through this motion will need to be furnished promptly and before July 30th, 2005

to in order facilitate ample period of time to file his traverse to government's opposition.

Petitioner files this Motion pursuant to Rule 8 of the Rules Governing Proceedings under 28 U.S.C. § 2255; and preliminary examinations under 5.1, Rule 16, 26.2, 12.1, (and/or any other applicable rule).

In support of this Motion, petitioner has submitted his affidavit. Wherefore petitioner prays that this Honorable Court Grant and Order his motion for disclosure of transcripts and/or Court Reporter's Original Tape Recording of Substitute Counsel Proceeding held before Honorable Alvin W. Thompson on March 26, 2003.

Date: April 20, 2005

Respectfully submitted,
Edward Roque
Edward Roque, 14989-014
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

7004 2510 0003 2084 6518

Certified Mail / Via Mail