F

United States District Court
District of Connecticut

Edward Roque
    petitioner,
v.
United States of America

Civil No. 3:04 CV 1654 (AWT)

02 Cr 353 AWT

Petitioner's Affidavit In Support
Of His Motion For Disclosure Of
Transcripts and/or Court Reporter's
Original Tape Recording Of Proceeding
Held March 26, 2003
_____

1. I am the petitioner, Edward Roque, pro se, in the above entitled civil action.

2. I was convicted and sentenced to two hundred and ten months imprisonment and five years supervised release on October 31, 2003, in United States District Court, District of Connecticut.

3. My Criminal case number in the above mentioned action is No. 3:02 CR 353 (AWT).

4. On March 26, 2004 I requested from U.S. Attorney's Office in writing, copies of the transcripts for Substitute Counsel Hearing proceeding held March 26, 2003 before Honorable Alvin W. Thompson. (see, Exhibit A enclosed)

G

5. On April 14, 2004, Assistant United States Attorney, Robert M. Spector responded to my request stating he did not copy any transcripts in my case. Mr. Spector as well addressed the letter which I received to Attorney David Moraghan whom represented me on this case, but to no avail. (see, Exhibit B).

6. On August 24, 2004, a handwritten request was made and sent via mail, postage pre-paid to Court Reporter of United States District Court, District of Connecticut to the address of 450 Main Street, Hartford, CT., 06103 so all transcripts of /or pertaining to case number 3:02 CR 353 (AWT) be made available. Along with my request I had provided an In Forma Pauperis Declaration waiver of fees but the same were never provided nor a response concerning the same was received by the Court Reporter or the Government. (see, Exhibit E)

7. On September 23, 2004, I filed a Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 with this Court. (3:04 CV 1654 (AWT). Along or after motion was filed to the Court, an Affidavit of Bias to have judge recuse himself from deciding and/or reviewing my motion was filed to this court and the same was denied. (see, Exhibit C).

8. On October 25, 2004, a notice of appeal was filed to United States District Court, District of Connecticut. The notice was filed on October 28, 2004 and the same was not properly litigated due to lack of legal assistance, deprivation of information requested from the government, and transcripts of Substitute Counsel hearing proceeding held March 26, 2003 before Honorable Alvin W. Thompson. (see, Exhibit D).

H

9. I shall note for the Court that on or about April 12, 2005 a Motion For Enlargement Of Time In Which To File A Traverse To Government's Opposition To My 28 U.S.C. § 2255 Motion was sent via mail to the District Court of Connecticut at Hartford, Connecticut, requesting I be given ninety (90) days or up to ~~July 35th~~ June 8, 2005 in which to respond to the Government's Opposition and that if this request is granted, I respectfully request that transcripts of 26th of March 2005 proceeding for Substitute Counsel held before Honorable Alvin W. Thompson be provided promptly and before ~~July 35th~~ June 8, 2005 so the same can be reviewed by petitioner for the purpose of making justifiable claims on my response to Government's Opposition.

10. I shall also note that court reporter's and Attorney David Moraghan's unanswered requests has deprived me of valuable claims which I could have made to the court long before this request/petition.

11. For all the foregoing reasons I am requesting that this honorable Court Grant and Order the Disclosure of **March 26, 2003** Substitute Counsel Hearing Proceeding held before Honorable Alvin W. Thompson, transcripts and/or tape recording.

12. I sign this Affidavit in support of my Motion For Disclosure of March 26, 2003 Substitute Counsel Proceeding Transcripts And/Or Court Reporter's Original Tape Recording, on this 20th day of April, 2005 under the pains and penalties of perjury, that all the foregoing is true and correct to the best of my knowledge, belief, and understanding.

_Edward Roque_
Edward Roque 14989-014

## Certificate Of Service

I, Edward Roque, pro se, do hereby certify that on this 20th day of April, 2005, I did cause to be served one true and correct copy of the foregoing: Petitioner's Motion For Disclosure of March 26, 2003 Substitute Counsel Proceeding Transcripts And/Or Court Reporter's Original Tape Recording, Supporting Affidavit, and Certificate of Service on the below named, by placing same in the United States postal mail box, certified mail, at United States Penitentiary, Lewisburg, PA 17837, first class, postage affixed.

James I. Glasser, Esq.
U.S. Attorney's Office - NH
157 Church St., 23rd floor
P.O. Box 1824
New Haven, CT 06510

By: _Edward Roque_
Edward Roque, 14989-014

For: James I. Glasser, Esq.
U.S. Attorney's Office

Affidavit In Support Of Motion To Proceed
In Forma Pauperis

I <u>Edward Rogue</u> being duly first duly sworn, depose and say that I am the <u>movant</u>, in the above entitled case; that in support of my motion to have the government provide transcripts and/or original reporter's tape recording of March 26, 2003 substitute counsel proceeding without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress; and that the issues which I desire to present on this motion are the following

1. Are you presently employed? **No**

My last date of employment was on or about the year 2000 and my wage per month was $1120.00. I worked for a temporary work agency called Creative Staff in the town of Stratford, Connecticut.

2. Have you received within the past twelve months any income from a business, profession or any other form of self-employment, or in the form of rent payments, interest, dividends, or other source?

The only source of income I receive is 40 or 50 dollars monthly from relatives to in order provide myself basic hygiene needs and a total combined in the past twelve months would be $480 to $600.

3. Do you own any cash, checking, or savings accounts?

No, I don't own any of the above.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

No, I do not own any of the above.

5. List the persons who are dependent upon you for support and state your relationship to those persons.

I have no dependents.

I understand that a false statement or answer to any questions in this Affidavit will subject me to penalties for perjury.

*Edward Rogue*

Subscribed And Sworn To before me this 20th day of April, 2005.