02cr353en090

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

---------------------------------x
EDWARD ROQUE,                     :
                                  :        2005 MAY -9 P 12: 36
        Petitioner,               :
                                  :        DISTRICT COURT
                                  :
v.                                :   Crim. No.3:02CR00353(AWT)
                                  :   Civil No.3:02CV01654(AWT)
UNITED STATES OF AMERICA,         :
                                  :
        Respondent.               :
---------------------------------x

## ENDORSEMENT ORDER

Petitioner's motion for a transcript of the hearing to substitute counsel (Doc. No. 90) is hereby GRANTED. That conference was held on April 14, 2003, not on March 26, 2003, as indicated by the petitioner. Once the petitioner submits the appropriate paperwork to the court reporters, the court will authorize payment for the transcript of the conference held on April 14, 2003. The petitioner shall file his supplemental memorandum within forty-five days after the date on which he receives the transcript.

It is so ordered.

Dated at Hartford, Connecticut this 6th day of May, 2005, at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge