Edward Roque
Registration No. 14989-014
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

July 7, 2005

United States District Court
District of Connecticut
Office of the Clerk
United States Courthouse
450 Main Street
Hartford, CT 06103

Civil No. 3:04CV1654 (AWT)

RE: Photocopies of filed Motion To Vacate, Set Aside, or Correct Sentence under 28 USC § 2255 and Government's Opposition Response

Dear Clerk of Court:

On September 23, 2004 I (Edward Roque, 14989-014) filed a Motion To Vacate, Set Aside, or Correct Sentence under 28 USC § 2255 with this court. (3:04CV1654(AWT)). The Government responded with opposition to the same on December 6, 2004.

I have misplaced copies of the <u>Government's response</u> and <u>28 USC §2255 Motion</u> which I had for my own record and will greatly appreciate I be furnished a photocopy of the above entitled motion and response from the Government.

Thank you very much for your time and consideration on the above requested matter.

Respectfully,

Edward Roque

Edward Roque, 14989-014
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837