UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD ROQUE | : | CRIMINAL No. 3:02CR353(AWT) |
| V. | : | CIVIL No. 3:04CV1654(AWT) |
| UNITED STATES OF AMERICA | : | July 15, 2005 |

NOTICE TO THE COURT

The Government has received the petitioner's July 7, 2005 letter to the Clerk of the Court in which he states that he has misplaced copies of his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, and the Government's response to that motion. The petitioner requests that the Government provide him with copies of those filings. This pleading is intended to notify the Court and the petitioner that, on this date, the Government is mailing copies of these documents to the petitioner at the address that he has most recently provided in his various pleadings in this case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
ROBERT M. SPECTOR
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT18082
United States Attorney's Office
450 Main Street
Hartford, CT 06103
Tel: (860) 947-1101

CERTIFICATE OF SERVICE

  This is to certify that on July 15, 2005, a copy of the foregoing, as well as copies of the petitioner's § 2255 motion and the Government's response to that motion, were mailed, postage prepaid, to:

Edward Roque, pro-se
Inmate Number 14989-014
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

                        ROBERT M. SPECTOR
                        Assistant United States Attorney