**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
--------------------------------x
                                :
UNITED STATES OF AMERICA        :    Crim. No. 3:02CR00353 (AWT)
                                :
     v.                         :
                                :
EDWARD ROQUE                    :
                                :
--------------------------------x
```

### ENDORSEMENT ORDER

The defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 69) and his motion for leave to file (Doc. No. 97) are hereby DENIED, as moot.  The Bureau of Prisons has informed the court that the defendant died on September 2, 2005.

The Clerk shall close the case.

It is so ordered.

Dated this 13th day of September 2005, at Hartford, Connecticut.


                                   /s/AWT
                         _____
                              Alvin W. Thompson
                         United States District Judge