**MANDATE**

DIST. OF CONN.
NEW HAVEN
02cr-353
Thompson

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### Motion Information Statement

| | | | |
|---|---|---|---|
| Docket Number(s): | 04-5897 | | USA v. Edward Roque |
| Motion For: | Dismissal of Interlocutory Appeal | | |

*FILED NOV 8 2005 — Roseann B. MacKechnie, Clerk, SECOND CIRCUIT*

Set forth below precise, complete statement of relief sought:

Motion for Dismissal of Interlocutory Appeal as Moot in Light of Death of the Appellant

| Moving Party: | **UNITED STATES OF AMERICA** | Opposing Party: | Edward Roque |
|---|---|---|---|
| | ☐ Plaintiff ☐ Defendant | | |
| | ☐ Appellant/Petitioner | | |
| | ☒ Appellee/Respondent | | |
| | **Kevin J. O'Connor** | Firm: | Robert J. Boyle, Esq. |
| | United States Attorney | Address: | Law Offices of Robert J. Boyle |
| | District of Connecticut | | 350 Broadway |
| | 450 Main Street | | New York, NY 10013 |
| | Hartford, CT 06103 | | |
| by: | Robert M. Spector | Tel: | 212-431-0229 |
| Tel: | (860) 947-1101 | e-mail: | |
| e-mail: | Robert.Spector@usdoj.gov | | |

Court-Judge/Agency appealed from: The Honorable Alvin W. Thompson, U.S.D.J. (D. Conn.)

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
A. been sought?  ☐ Yes ☒ No
B. been obtained?  ☐ Yes ☐ No

Is oral argument requested?  ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☒ No

If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

**Signature of Moving Attorney:**

/s/ Robert M. Spector    Date: 11/7/05

Has service been effected? ☒ Yes ☐ No
[Attach affidavit of service]

*FILED NOV 18 2005 — Roseann B. MacKechnie, SECOND CIRCUIT*

---

### ORDER

Before: Hon. Reena Raggi, *Circuit Judge*

IT IS HEREBY ORDERED that the motion by the Government to dismiss appeal as moot in light of death of the appellant is GRANTED.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by /s/ Tracy W. Young
Tracy W. Young
Motions Staff Attorney

11-18-05
Date

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ DEPUTY CLERK

**FORM T-1080** (Revised 05/01/02)

ISSUED AS MANDATE: 3-23-06